JOHN THOMAS *v.* ABRAHAM KATZ

The plaintiff's motion to dismiss the appeal from the Court of Common Pleas in Fairfield County is denied.

*Robert K. Lesser,* for the appellee (plaintiff).

*Edward R. Carley,* for the appellant (defendant).

Argued January 7—decided January 7, 1975

D. V. FRIONE AND COMPANY, INC. *v.* HARBOR CONSTRUCTION CORPORATION ET AL.

The motion by the Hartford Accident and Indemnity Company to dismiss the appeal of the named defendant from the Superior Court in New Haven County is denied.

*Howard F. Zoarski,* for the appellee (Hartford Accident and Indemnity Company).

*William F. Gallagher,* for the appellant (named defendant).

Argued January 7—decided January 7, 1975

ARMANDO SEBASTIANO *v.* FLORENCE V. CORDE ET AL.

The plaintiff's motion to dismiss the appeal of the defendant Edward Allen from the Court of Common Pleas in Fairfield County is denied.

*Vincent M. Zanella, Jr.,* for the appellee (plaintiff).

*Edward Allen,* pro se, on the motion.